UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDALL CORBIN,

    Plaintiff,

v.                                            Case No. 3:19cv1658-LC-HTC

CORIZON HEALTH, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On June 10, 2019, the Court ordered the clerk to send Plaintiff the proper forms for filing an amended complaint and a motion to proceed *in forma pauperis*. ECF Doc. 3. Plaintiff was ordered to file an amended complaint using those forms, or a notice of voluntary dismissal, as well as to file a motion to proceed *in forma pauperis* or pay the filing fee by July 10, 2019. *Id.* Plaintiff did not comply with the June 10 Order within the allotted time. On July 15, 2019, the Court ordered Plaintiff to show cause within fourteen (14) days why this case should not be dismissed due to his failure to prosecute or failure to comply with a Court order. ECF Doc. 4. Plaintiff has not complied with that Order. Indeed, the July 15 Order to Show Cause was returned as undeliverable with the notation that Plaintiff was no longer in jail and his mail could not be forwarded. ECF Doc. 5. Based on Plaintiff's failure to keep the Court apprised of his mailing address, the issuance of any further

orders would be futile. Thus, the undersigned recommends that this case be dismissed without prejudice.

Accordingly, it is RECOMMENDED:

1.   That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute, failure to comply with a Court order and failure to keep the Court apprised of his mailing address.

2.   That the clerk close the file.

At Pensacola, Florida, this 30th day of July, 2019.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.