UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDALL CORBIN,

    Plaintiff,

v.                                             Case No. 3:19cv1658-LC-HTC

CORIZON HEALTH, et al.,

    Defendants.
_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 30, 2019 (doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to prosecute, failure to comply with a Court order and failure to keep the Court apprised of his mailing address.

3. The clerk shall close the file.

**DONE AND ORDERED** this 26th day of August, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**